# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Dale S. | 2. Court or Organization<br><br>U.S. Dist. Ct. - CA (Central) | 3. Date of Report<br><br>03/24/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Roybal Federal Building<br>255 E. Temple St., Suite 830<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR -7 A 11: 02 DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rollover IRA - Schwab | A | Dividend | N | T | | | | | |
| 2. –AAPL common stock | | | | | Sold (part) | 7/21 | J | D | |
| 3. –ARTC | | | | | Sold | 11/04 | J | | |
| 4. –BRCM common stock | | | | | | | | | |
| 5. –CELG common stock | | | | | | | | | |
| 6. –CSCO common stock | | | | | | | | | |
| 7. –COH common stock | | | | | | | | | |
| 8. –CTSH common stock | | | | | | | | | |
| 9. –CROX common stock | | | | | Sold | 4/15 | J | | |
| 10. –DNA common stock | | | | | | | | | |
| 11. –EBAY common stock | | | | | | | | | |
| 12. –GILD common stock | | | | | | | | | |
| 13. –GOOG common stock | | | | | | | | | |
| 14. –HWAY common stock | | | | | Sold | 2/26 | J | | |
| 15. –LIFC common stock | | | | | Sold | 4/22 | K | D | |
| 16. –MNST common stock | | | | | Sold | 7/21 | J | | |
| 17. –MRVL common stock | | | | | Sold | 11/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. —NTAP common stock | | | | | | | | | |
| 19. —QCOM common stock | | | | | | | | | |
| 20. —SBUX common stock | | | | | | | | | |
| 21. —VMSI common stock | | | | | Sold | 1/30 | J | D | |
| 22. —VRSN common stock | | | | | | | | | |
| 23. —VPRT common stock | | | | | | | | | |
| 24. —Schwab Money Market | | | | | | | | | |
| 25. —APKT common stock | | | | | Sold | 11/04 | J | | |
| 26. —AKAM common stock | | | | | Buy (add'l) | 5/05 | J | | |
| 27. —CAVM common stock | | | | | Buy (add'l) | 1/30 | J | | |
| 28. | | | | | Buy (add'l) | 3/20 | J | | |
| 29. | | | | | Buy (add'l) | 7/23 | J | | |
| 30. —DRIV common stock | | | | | Sold | 5/20 | J | | |
| 31. —FSLR common stock | | | | | | | | | |
| 32. —FWLT common stock | | | | | | | | | |
| 33. —ILMN common stock | | | | | | | | | |
| 34. —ISRG common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  –MR common stock | | | | | Buy (add'l) | 7/23 | J | | |
| 36. | | | | | Buy (add'l) | 11/10 | J | | |
| 37.  –SPWR common stock | | | | | Buy (add'l) | 1/30 | J | | |
| 38.  –WFR common stock | | | | | Sold (part) | 4/22 | J | | |
| 39. | | | | | Sold | 11/04 | J | | |
| 40.  --VMW Cl A | | | | | | | | | |
| 41.  –ZUMZ common stock | | | | | | | | | |
| 42.  –APEI common stock | | | | | Buy | 7/23 | J | | |
| 43. | | | | | Buy (add'l) | 11/10 | J | | |
| 44.  –GXDX common stock | | | | | Buy (add'l) | 11/10 | J | | |
| 45.  --JEC common stock | | | | | Buy | 3/20 | J | | |
| 46. | | | | | Buy (add'l) | 5/05 | J | | |
| 47. | | | | | Buy (add'l) | 11/10 | J | | |
| 48.  –LULU common stock | | | | | Buy | 1/30 | J | | |
| 49.  –EDU common stock | | | | | Buy (add'l) | 11/10 | J | | |
| 50.  –POWI common stock | | | | | Buy | 5/20 | J | | |
| 51.  –PWR common stock | | | | | Buy | 7/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/10 | J | | |
| 53. —UTHR common stock | | | | | Buy | 4/24 | J | | |
| 54. —ZOLT common stock | | | | | Buy | 4/24 | J | | |
| 55. Credit Suisse Lg Cap Value Cl A | B | Dividend | M | T | | | | | |
| 56. Cred. S. Glob Sm Cap | A | Dividend | J | T | | | | | |
| 57. Cred. S. Glob Sm Cap A | A | Dividend | J | T | | | | | |
| 58. Brokerage Account - Schwab | | None | J | T | | | | | |
| 59. —Bender Growth Fund | | | | | | | | | |
| 60. Contributory IRA - Schwab | | None | J | T | | | | | |
| 61. — Bender Growth Fund | | | | | | | | | |
| 62. Vanguard 500 Index Fund Adm | A | Dividend | L | T | | | | | |
| 63. Vanguard 500 Index Fund Inv | A | Dividend | J | T | Buy | 3/10 | J | | |
| 64. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 65. Fidelity Magellan Mutual Fund | C | Dividend | L | T | | | | | |
| 66. E*Trade Brokerage Account | | | | | | | | | |
| 67. --E*Trade Money Market Fund | A | Interest | J | T | | | | | |
| 68. --MMM common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. –CAT common stock | A | Dividend | J | T | | | | | |
| 70. –CVX common stock | A | Dividend | J | T | | | | | |
| 71. –DELL common stock | | None | J | T | | | | | |
| 72. –XOM common stock | A | Dividend | J | T | | | | | |
| 73. –GGP common stock | A | Dividend | J | T | | | | | |
| 74. –JPM common stock | A | Dividend | J | T | | | | | |
| 75. –QCOM common stock | A | Dividend | J | T | | | | | |
| 76. 457 Plan | A | Int./Div. | K | T | | | | | |
| 77. – SSGA S&P 500 Flagship Fund Series C | | | | | | | | | |
| 78. –LA County Stable Income Fund | | | | | | | | | |
| 79. 401(k) Plan | A | Int./Div. | M | T | | | | | |
| 80. –SSGA S&P 500 Flagship Fund Series C | | | | | | | | | |
| 81. –Stable Value Fund (PC-SUF) | | | | | | | | | |
| 82. –ICM Small Cap Fund | | | | | | | | | |
| 83. E*Trade Bank Accounts | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 03/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII, line 19 - report of sale on 2007 report should have been a partial sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544